FILED ———— ENTERED
LODGED ———— RECEIVED

AUG 29 2013

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

**12-CV-01758-ORD**

1

2

3

4

5

6                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
7                              AT SEATTLE

8   DANIEL BUSH,                          Case No. C12-1758-JLR

9                  Plaintiff,             ORDER DISMISSING CASE

10         v.

11
    CAROLYN W. COLVIN, Acting
12  Commissioner of Social Security,

13                 Defendant.

14

15         The Court, after careful consideration of the plaintiff's complaint, the parties' briefs, all

16  papers and exhibits filed in support and opposition thereto, the Report and Recommendation of

17  the Honorable James P. Donohue, and the balance of the record, does hereby find and ORDER:

18         (1)    The Court adopts the Report and Recommendation.

19         (2)    The final decision of the Commissioner is AFFIRMED and this case is

20  dismissed with prejudice.

21         (3)    The Clerk of the Court is directed to send copies of this Order to the parties and

22  to Judge Donohue.

23         DATED this 29th day of _____August_____, 2013.

24

25                                        _____
                                          JAMES L. ROBART
26                                        United States District Judge

ORDER DISMISSING CASE
PAGE - 1